UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim No. 11- 720 (SRC) |
| OMAR GADSDEN, a/k/a "Ola" | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by PAUL J. FISHMAN, United States Attorney for the District of New Jersey (Melissa L. Jampol, Assistant U.S. Attorney, appearing), and defendant OMAR GADSDEN, a/k/a "Ola" (Linwood Jones, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter presented at trial within seventy (70) days of his Indictment; and the defendant requesting additional time to investigate the charges and review discovery; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant has consented to the aforementioned continuance to enable the defendant to further investigate the charges and review discovery.

2. The Defendant is pending trial in the U.S. District Court for the Western District of Pennsylvania, under Crim. No. 09-305, which charges him with conspiracy to distribute and possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 846 and conspiracy

to retaliate against a witness, in violation of Title 18 United States Code, Section 1513(f), where he is being detained;

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this _21_ day of February 2012,

ORDERED that the proceedings in the above-captioned matter are continued from February 23, 2012 through and including April 22, 2012; and

IT IS FURTHER ORDERED that the period between February 23, 2012 through and including April 22, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

Hon. Stanley R. Chesler
United States District Judge

Linwood Jones, Esq.
Attorney for OMAR GADSDEN
Date: 2/16/12

AUSA Melissa L. Jampol
Date: 2/16/12